

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o HAIER AMERICA
TRADING LLC,

13 Civ. 3881 (ES)(JAD)

Plaintiff,

**STIPULATION AND ORDER OF DISCONTINUANCE**

- against -

HYUNDAI MERCHANT MARINE CO. LTD and
MAHER TERMINALS, LLC,

Defendants.
----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure the above-captioned matter, including all claims and cross-claims, be and hereby is discontinued with prejudice and without costs to any party, subject to re-opening within thirty (30) days of entry of this Order in the event the settlement is not consummated.

Dated:  New York, New York
        December 13, 2013

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
    Martin F. Casey
    65 West 36th Street, 9th Floor
    New York, New York 10018
    (212) 286-0225

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR LLP

Attorneys for Defendant Hyundai Merchant Marine Co. Ltd.

By: _____
~~Randolph H. Donatelli~~ Eric Chang
61 Broadway, Suite 3000
New York, New York 10174
(212) ~~710-3900~~
344-7042

KAUFMAN DOLOWICH & VOLUCK LLP

Attorneys for Defendant Maher Terminals, LLC

By: _____
Gino A. Zonghetti, Esq.
21 Main Street, Suite 251
Hackensack, New Jersey 07601
(201) 488-6655

SO ORDERED:

_____
U.S.D.J.
Esther Salas

2